BLANK ROME, LLP
Attorneys for Plaintiff
ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**JUDGE RAKOFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH,

    Plaintiff,

-against-

YANG FAN GROUP CO. LTD,

    Defendant.

---

07 Civ.

**07 CIV 4068**

RULE 7.1 STATEMENT



RECEIVED
MAY 24 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH certifies that, according to information provided to counsel by its clients, ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
          May 24, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    ERNST RUSS (FAR EAST) SHIPPING
                                    SERVICES GMBH

                                    By _____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000

311817.1
900200.00001/6546155v.1

1