BLANK ROME, LLP
Attorneys for Plaintiff
ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH,

    Plaintiff,

-against-

YANG FAN GROUP CO. LTD,

    Defendant.

07 Civ. 4068 (JSR)

**ORDER APPOINTING PROCESS SERVER**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., that such appointment will result in substantial economies in time and expense,

    NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

900200.00001/6546162v.1

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:      New York, New York
            May 24, 2007

SO ORDERED:

*[signature]*
U.S.D.J.  (Part I)

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY *[signature]*
DEPUTY CLERK

311811.1
900200.00001/6546162v.1

2

## SCHEDULE A

1. ABN Amro Bank N.V.
2. American Express Bank Ltd.
3. Bank of America, N.A.
4. The Bank of New York
5. Bank of China
6. Citibank, N.A.
7. Deutsche Bank
8. HSBC Bank USA
9. JP Morgan Chase Bank, N.A.
10. Standard Chartered Bank
11. Wachovia Bank, N.A. – New York
12. Wells Fargo Bank, National Association