RAKOFF, J.

BLANK ROME, LLP
Attorneys for Plaintiff
ERNST RUSS (FAR EAST) SHIPPING SERVICES GMBH
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

ERNST RUSS (FAR EAST) SHIPPING
SERVICES GMBH,

    Plaintiff,

-against-

YANG FAN GROUP CO. LTD,

    Defendant.

---------------------------------------

07 Civ. 4068 (JSR)

NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT

    PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

    WHEREAS, pursuant to Order for Process of Maritime Attachment entered June 4, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, YANG FAN GROUP CO. LTD, under the control of, or held by various garnishees in New York.

    NOW, on the consent of the attorney for plaintiff, it is

    ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

313817.1
127585.00601/6551303v.1

1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
           June 8, 2007

>                         BLANK ROME, LLP
>                         Attorneys for Plaintiff
>                         ERNST RUSS (FAR EAST) SHIPPING
>                         SERVICES GMBH
>
>                         By_____
>                             Thomas H. Belknap, Jr. (TB-3188)
>                         The Chrysler Building
>                         405 Lexington Ave.
>                         New York, NY 10174-0208
>                         (212) 885-5000

SO ORDERED:

_____
U.S.D.J.
6-15-07